No. 74–5779. PACE v. MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 74–5783. COLEMAN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 74–5785. ALECK v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 74–5792. VAUGHAN ET UX. v. GILL, JUDGE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 74–5793. PADILLA v. NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 74–5795. NEWTON v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 74–5802. SHEPHARD v. THE NOPAL PROGRESS ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–5809. SULLIVAN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 74–293. PENNSYLVANIA v. WEEDEN ET AL. Sup. Ct. Pa. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 74–496. CROOKS v. WASHINGTON. Ct. App. Wash. Certiorari denied. See Molinaro v. New Jersey, 396 U. S. 365 (1970).

No. 74–5805. STAGGS v. EVANS, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.